*Grange Mut. Cas. Co.*, Holmes County, No. CA–450; briefing schedule stayed.
MOYER, C.J., dissents.

**93–592.** Horton v. Addy. *Montgomery County*, No. 13524.
MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–600.** State v. Applegate. *Butler County*, No. CA92–06–099.
A.W. SWEENEY, WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–620.** Thompson v. Wing. *Summit County*, No. 15764.
MOYER, C.J., A.W. SWEENEY and RESNICK, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**93–111.** Williams v. O'Brien. *Montgomery County*, No. 12344.
RESNICK, J., dissents.
PFEIFER, J., would allow on Propositions of Law Nos. I, VI, VIII, XI, XV and XVI only.

**93–298.** State ex rel. Celebrezze v. Gibbs. *Lake County*, No. 89–L–14–031.

**93–360.** Mahan v. Bethesda Hosp. *Hamilton County*, No. C–910595.

**93–393.** Martin v. Parker. *Lorain County*, No. 91CA005197.

**93–400.** State v. Lyons. *Morrow County*, No. CA–769.
WRIGHT, J., dissents.

**93–408.** In re Merz. *Hamilton County*, No. C–910956.
A.W. SWEENEY, RESNICK and PFEIFER, JJ., dissent.

**93–518.** Salem City School Dist. Bd. of Edn. v. Ultra Builders, Inc. *Columbiana County*, No. 92–C–48.
WRIGHT, J., dissents.

**93–520.** State v. Taylor. *Ottawa County*, No. 92–OT–017.
RESNICK, J., not participating.

**93–523.** Hamlin v. Hamlin. *Darke County*, No. 1312.

**93–526.** Heritage Mut. Ins. Co. v. Lake Erie Auto Repair, Inc. *Cuyahoga County*, No. 63970.

**93–527.** T & T Builders v. Freitag. *Cuyahoga County*, No. 63659.
WRIGHT and PFEIFER, JJ., dissent.

**93–533.** Trotwood Congregation of Jehovah's Witnesses, Dayton, Ohio v. Measel. *Montgomery County*, No. CA 13471.
MOYER, C.J., dissents.

**93–536.** Firestone v. Bank One, Akron, N.A. *Summit County*, Nos. 15647 and 15653.
WRIGHT and PFEIFER, JJ., dissent.

**93–547.** Wilson v. Wayne Mut. Ins. Co. *Summit County*, No. 15809.

**93–558.** Tellez v. Bank One, N.A. *Allen County*, No. 1–92–63.
DOUGLAS and PFEIFER, JJ., dissent.

**93–564.** Pelkowski v. Nussbaumer. *Stark County*, No. CA–8928.
MOYER, C.J., and WRIGHT, J., dissent.

**93–566.** Grimes v. Ohio Unemp. Comp. Bd. of Review. *Belmont County*, No. 92–B–19.
WRIGHT and PFEIFER, JJ., dissent.

**93–571.** Cara v. Edison Local School Dist. Bd. of Edn. *Jefferson County*, No. 92–J–1.
A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**93–575.** Adkisson v. Thomeczek. *Greene County*, No. 92–CA–25.